# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3317
LT Case No. 2019-102088-CFDL

_____

SCOTT MCDERMOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Scott McDermott, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


January 22, 2026


PER CURIAM.

AFFIRMED.


JAY, C.J., and MAKAR and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____